# United States Court of Appeals
## For the First Circuit

No. 09-1690

JOSEPH PARSLEY

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on May 17, 2010, is amended as follows:

On page 12, line 16, "sentencing" should be substituted for "trial."